IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SIMON DAVIS, III, individually and KAMESHA
MITCHELL, individually                                                                PLAINTIFFS

v.                            Case No. 4:17-cv-00502 KGB

CITY OF MARIANNA, *et al.*                                                            DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiffs Simon Davis, III and Kamesha Mitchell's claims pursuant to 42 U.S.C. § 1983 against defendant City of Marianna and defendants Martin Wilson, George Saltsgaver, Adrian Smith, David Carraway, Janice Tyner, and William A. Pippenger, III in their individual and official capacities are dismissed with prejudice. Plaintiffs' state law claims against defendants are dismissed without prejudice. The relief sought is denied.

So adjudged this the 28th day of August, 2018.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE